PAULA D. PEARLMAN (SBN 109038)
Paula.Pearlman@lls.edu
MICHELLE UZETA (SBN 164402)
Michelle.Uzeta@lls.edu
MARONEL BARAJAS (SBN 242044)
Maronel.Barajas@lls.edu
**DISABILITY RIGHTS LEGAL CENTER**
800 S. Figueroa St., Ste 1120
Los Angeles, California 90017
Tel: (213) 736-1496
Fax: (213) 736-1428

Attorneys for Plaintiff

E-FILED 11/18/13

link #31 (11/25 HRG OFF)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T., a minor, by and through her Guardian *Ad Litem*, JAN BOWERS THOMAS, <br><br>             Plaintiff, <br><br>     vs. <br><br>COMPTON UNIFIED SCHOOL DISTRICT, a public entity; SUPERINTENDENT DARIN BRAWLEY in his official capacity, LOS ANGELES COUNTY OFFICE OF EDUCATION, a public entity; SUPERINTENDENT ARTURO DELGADO in his official capacity; and DOES 1 - 9, inclusive, <br><br>             Defendants. | Case No.: CV 13-01889-PSG (PLAx) <br><br>**[PROPOSED]** ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF MINOR'S COMPROMISE <br><br>Date:     November 25, 2013 <br>Time:     1:30 p. m. <br>Location: 255 E. Temple St. <br>              Courtroom 880 <br>              Los Angeles, CA 90012 |

//

//

//

//

---

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF MINOR'S COMPROMISE

Having read and considered the Parties' Joint Motion for Approval of Minor's Compromise; the Memorandum of Points and Authorities in Support Thereof; the concurrently-filed Declarations of Maronel Barajas and Jan Bowers Thomas; the papers and records on file with this Court in this action; and good cause having been shown, the Court finds that the settlement agreement is in the best interest of Plaintiff, S.T., the minor.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Joint Motion to Approve the Minor's Compromise is GRANTED;
2. Plaintiff S.T. shall receive $20,000 in settlement funds, to be transferred directly from the client trust account to a savings account held at Los Angeles Financial Credit Union to be administered by her mother and guardian *ad litem*, Jan Bowers Thomas, to be used for S.T.'s care and benefit only;
3. Plaintiff's counsel, Disability Rights Legal Center's attorneys' fees and costs of $10,000, are hereby approved; and
4. Hearing set for November 25, 2013 is ordered vacated.

**IT IS SO ORDERED.**

Dated: __11/18__, 2013

PHILIP S. GUTIERREZ
_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE